In the Matter of the Estate of FLORA LITTAUER, Deceased. ANN H. MOWDER, Appellant; WALTER W. RICHARD et al., Respondents.

Submitted May 31, 1955; decided June 2, 1955.

Application to resettle order of the Court of Appeals dated April 14, 1955 [denying motion for leave to appeal (*Matter of Littauer*, 285 App. Div. 95, 308 N. Y. 1052)] so as to strike out the award of costs and printing disbursements, granted.

In the Matter of the Estate of JOHN E. WILSON, Deceased. FREDERICK E. WILSON, as Executor of JOHN E. WILSON, Deceased, Respondent; GEORGE S. LUDWIG et al., Appellants.

Submitted May 23, 1955; decided June 2, 1955.

*Thomas L. Kelly* for motion.

No one opposed.

Motion granted.